JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMIGO'S BUILDING MATERIALS &<br>HARDWARE, INC.,<br><br>                    Defendants. | Case No. CV 20-11751-DMG (JEMx)<br><br>**JUDGMENT** |

This Court having granted Defendants Amigo's Building Materials & Hardware, Inc.'s Motion for Summary Judgment by Order dated April 26, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Orlando Garcia.

DATED: April 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-